**Order entered August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01655-CV

**ROBERT COLE, Appellant**

**V.**

**GWENDOLYN PARKER, INC., CRF, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00513-D**

## ORDER

We **GRANT** appellant's August 25, 2014 second motion for an extension of time to file a brief. Appellant shall file his brief on or before **September 29, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE